UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DENNIS G. WILLIAMS, | ) |
| *Plaintiff*, | ) |
| v. | ) No. 3:10-cv-403 |
| | ) (PHILLIPS) |
| DETECTIVE ED KINGSBURY, | ) |
| *Defendant*. | ) |

## **O R D E R**

In accordance with the accompanying Memorandum, the plaintiff's motion for summary judgment is **DENIED** and the defendant's motion to continue the trial date and for relief from the deadlines set forth in the Scheduling Order is **GRANTED**. The trial of this matter is **CANCELLED** and all pending deadlines are **SUSPENDED**. This action is **STAYED IN ITS ENTIRETY** pending resolution of the proceedings against plaintiff in the U.S. District Court for the Middle District of Florida. In addition, the defendant is **ORDERED** to provide a status update concerning those proceedings, to be filed with the court at least every 90 days.

**ENTER:**

                                          s/ Thomas W. Phillips
                                         United States District Judge